**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
BY _____ DATE _11 / 30 / 11_

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

JOSHUA B. MANNING                    **CIVIL ACTION NO. 11-1462**
    LA. DOC #526931

**VERSUS**                           **SECTION P**

                                        **JUDGE ROBERT G. JAMES**

**WARDEN DAVE YELVERTON**            **MAGISTRATE JUDGE KAREN L. HAYES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

    **IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE**  because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

    **MONROE, LOUISIANA,** this __29__ day of __November__, 2011.

                                    **ROBERT G. JAMES**
                                    **UNITED STATES DISTRICT  JUDGE**